UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB SILVERMAN,

      Plaintiff,

    v.

MENDIBURU, et al.,

      Defendants.

Case No. 17-01146 BLF (PR)

**JUDGMENT**

    The Court has dismissed all claims against Defendants, and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:** _May 10, 2018_

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\01146Silverman_judgment