William F. Mitchell, CSB #159831
Nicholas R. Kloeppel, CSB #186165
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CORPORAL MENDIBURU, DEPUTY TWITCHELL (SR.), DEPUTY HUDSON, CORPORAL T. ARNOLD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORAL MENDIBURU, DEPUTY TWITCHELL (SR.), DEPUTY HUDSON, CORPORAL T. ARNOLD,<br><br>Defendants. | Case No. 17-CV-1146-BLF (RMI)<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |

**STIPULATION**

IT IS HEREBY STIPULATE BY AND BETWEEN THE PARTIES, Plaintiff JACOB SILVERMAN ("Plaintiff"), and Defendants MICHAEL MEDIBURU (sued herein as "Corporal Mendiburu"), LOGAN TWITCHELL, (sued herein as "Deputy Twitchell"), JENNIFER HUDSON (sued herein as "Deputy Hudson"), DENNIS GRIFFIN (sued herein as "Sgt. Griffin") and TODD ARNOLD (sued herein as "Corporal T. Arnold"), through their attorney of record ("Defendants"), as follows:

1     WHEREAS, Plaintiff filed an initial Complaint on March 6, 2017.

2     WHEREAS, the parties have executed a Settlement and Release of Claims

3 Agreement with an effective date of March 23, 2020;

4     WHEREAS, the Settlement and Release of Claims Agreement provides for a

5 dismissal of this entire action with prejudice within five (5) days of mailing via certified

6 mail, post fully-prepaid, with restricted delivery, or upon providing in person the

7 settlement proceeds to plaintiff;

8     WHEREAS, defendants acknowledge having mailed via certified mail, post fully-

9 prepaid, with restricted delivery, or providing in person the settlement proceeds to

10 plaintiff; and

11     WHEREAS, the parties have agreed to bear their own attorney's fees and costs;

12     NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule

13 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Parties

14 through their respective counsel (if applicable), that this matter be dismissed with

15 prejudice effective immediately.

16     IT IS SO STIPULATED AND AGREED.

17 DATED: April 15, 2020    PRO PER

19     By: */s/ Jacob Silverman*
20         JACOB SILVERMAN, Plaintiff

21 DATED: April 15, 2020    THE MITCHELL LAW FIRM, LLP

23     By: */s/ William F. Mitchell*
24         WILLIAM F. MITCHELL
25         Attorneys for Defendants

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON**

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED:  April 15, 2020        THE MITCHELL LAW FIRM, LLP


By:   */s/ William F. Mitchell*
      WILLIAM F. MITCHELL
      Attorneys for Defendants


**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

DATED: April 17, 2020

_____
United States District Judge

THE MITCHELL LAW
FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON**