UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDIBURU, et al.,<br><br>    Defendants. | Case No. 17-01146 BLF (PR)<br><br>**JUDGMENT** |

    Pursuant to the parties' stipulation, the Court has dismissed all claims against Defendants with prejudice.  Judgment is entered accordingly.

    **IT IS SO ORDERED.**

Dated: _April 17, 2020_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\01146Silverman_judgment1